■ In the Matter of 245 ELMWOOD AVENUE, INC., Petitioner, v. GRANT F. DANIELS et al., Constituting the State Liquor Authority, Respondents.— Upon the oral consent and stipulation of counsel in open court, motion granted and stay continued pending hearing and determination of proceeding.

■ EDWARD AMEROSE, Appellant, v. JAMES KANE, Respondent.— Motion granted to prosecute appeal on typewritten records and briefs; appeal dismissed unless records and briefs are filed on or before August 1, 1961.

■ In the Matter of BOARD OF ZONING APPEALS, CITY OF SYRACUSE. ROBERT BARTH SALES, INC.— Appeal dismissed for failure to comply with previous order, without costs.

■ JOSEPH BASILE, Appellant, v. ANDREA E. RESLER, an Infant, by Her Guardian ad Litem, ELEANOR T. RESLER, et al., Respondents.— Motion granted to prosecute appeal on original stenographic minutes of trial, original and five typewritten copies of judgment roll, including charge, five typewritten briefs; appeal dismissed unless records and briefs are filed and served on or before August 1, 1961.

■ ERNEST BOUCHARD et al., Appellants, v. PHILIP J. SINAGUGLIA, Respondent.— Motion granted to prosecute appeal as poor persons.

■ In the Matter of BEATRICE M. BRADY, as Chief Clerk of the City Court of Utica.— Order entered permitting destruction of records.

■ WILLIAM J. EDELL, Appellant, v. EVELYN M. EDELL et al., Respondents. (And Other Actions.) — Motion granted to prosecute appeal as a poor person.

■ In the Matter of the Accounting of ALINE C. J. ELLIS, as Executrix of JOSEPH ELLIS, Deceased Executor of ROSE E. SHAPIRO, Deceased.— ■

"A case shall contain so much of the evidence and other proceedings upon the trial as is material to the questions to be raised upon the appeal and no more and shall be settled accordingly". (Rules Civ. Prac., rule 232.) The duty of settling the record is placed upon the trial court (rule 230). The case on appeal may not be settled by this court (cf. *Hopper* v. *Comfort Coal-Lumber Co.*, 276 App. Div. 869). Lastly, it should be noted that an order granting or denying a motion to resettle a case or bill of exceptions is appealable (8 Carmody-Wait, New York Practice § 251, p. 702).

■ In the Matter of ALICE R. GAMMON, Petitioner, v. CARL J. COSTANTINO, as Probation Director of Niagara County, Respondent.— Motion granted to prosecute proceeding on original transcript of testimony, an original and five typewritten copies of record and five typewritten copies of petitioner's brief.

■ PHYLLIS M. GIORDANO et al., Appellants-Respondents, v. ALICE PERRY et al., Respondents-Appellants.— Motion granted and order dismissing appeal vacated on condition records and briefs are filed and served on or before August 1, 1961.